**Kayla DaCruz**

| | |
|---|---|
| **From:** | Mary Seguin <maryseguin22022@gmail.com> |
| **Sent:** | Thursday, March 30, 2023 11:02 AM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Re: 1:23-cv-126; Fwd: Pay.gov Payment Confirmation: RHODE ISLAND DISTRICT COURT |
| **Attachments:** | SUMMONS RI OCSS in Federal Court 23-cv-126.pdf; SUMMONS GERO in Federal Court 23-cv-126.pdf; SUMMONS RI DHS in Federal Court.pdf; Docket Cover Sheet for 23-cv-126_.pdf |
| **Categories:** | Being Worked On KD |

**CAUTION - EXTERNAL:**

Good morning Clerk of Court,

Thank you for your voicemail this morning and assistance over the phone on next steps to proceed in the new case, Case No. 1:23-cv-126.

As discussed, I am attaching the completed Docket Cover Sheet, and the Summons for your signatures.

Kindly sign the attached Summons and email them back to me to serve the named defendants in this matter.

Again, thank you for your kind assistance in this matter.

Respectfully submitted,
Mary Seguin


On Thu, Mar 30, 2023 at 9:03 AM Mary Seguin <maryseguin22022@gmail.com> wrote:
Good morning Clerk of the Court,

Just following up on my email below respectfully requesting your assistance to help correct the inadvertent error filing a new case, **Mary Seguin v. RI Department of Human Services, et al (Case No.1:23-cv-126)**.

I am attaching the Pro Se Motion for ECF for the above referenced new case. I am also attaching a copy of the Complaint I filed through ECF that by error was filed as ECF 39 in Case No. 1:23-cv-34.

After another review of the 34 page training manual posted on Pacer entitled "Civil Case Opening" on how to file a new case again, I am unsure if the error is due to the Pro Se Motion for ECF not being filed? However, I was not able to file the Pro Se Motion for ECF into the new case either.

I also do not understand is why the system prompted me for payment of $402.00 for creating a new case electronically and then successfully processed it, but then not enabling me to file into the new case that the system opened and charged me $402.00 in the first place, that led me to believe I was following the procedure correctly.

Therefore my apologies for my confusion on how to open a new case electronically.

I would be grateful for your assistance to correct the e-filing so that I can further proceed.

Thank you very much in advance for your assistance.

Respectfully submitted,
Mary Seguin

P.S. Please don't hesitate to call me with any questions you might have.


---------- Forwarded message ---------
From: **Mary Seguin** <maryseguin22022@gmail.com>
Date: Thu, Mar 30, 2023 at 1:08 AM
Subject: Fwd: Pay.gov Payment Confirmation: RHODE ISLAND DISTRICT COURT
To: RID_ECF_INTAKE <RID_ECF_INTAKE@rid.uscourts.gov>


Good morning Clerk of the Court,

I filed a new case through the ECF system and the Pacer system informed me it opened a case 1:23-cv-126.  Then, the system prompted me to upload the new case Complaint, and after I completed that step, the system prompted payment using the credit card on file in my Pacer Account, which I approved.  Thereafter, I received the receipt below.

However, I got e-served that the Complaint I thought I filed into case No. 1:23-cv-126 was wrongly filed into 1:23-cv-34 under ECF 39.  I'm not sure how that happened! Sorry!

Could you kindly help me correct this error and sort it out?

1. Kindly remove the new case Complaint (for 1:23-cv-126) that got filed as (ECF 39) in 1:23-cv-34.

2. Kindly file the new case Complaint into the newly created case 1:23-cv-126.

Thank you so much for your assistance in advance!  I'm not sure what happened causing the error, sorry! I truly appreciate your help sorting it out!

Kind regards and respectfully submitted,
Mary Seguin

P.S. Please don't hesitate to call me with any questions you might have.



Begin forwarded message:

> **From:** do_not_reply@psc.uscourts.gov
> **Date:** March 30, 2023 at 12:02:48 AM CDT
> **To:** maryseguin22022@gmail.com
> **Subject: Pay.gov Payment Confirmation: RHODE ISLAND DISTRICT COURT**
> **Reply-To:** Finance@rid.uscourts.gov
>
> Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Administrator at 401-752-7200.

Account Number: 7372331
Court: RHODE ISLAND DISTRICT COURT
Amount: $402.00
Tracking Id: ARIDC-1855567
Approval Code: 07396P
Card Number: ************0031
Date/Time: 03/30/2023 01:02:46 ET

NOTE: This is an automated message. Please do not reply

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.