UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

MARY SEGUIN,

*Plaintiff,*

VS.                                                                                               Civil Action No. 1:23-cv-00126

RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES in its official capacity; LISA PINSONNEAULT, CARL BEAUREGARD, in their individual and official capacities; GERO MEYERSIEK

*Defendants*

## PRO SE PLAINTIFF'S MOTION TO OBTAIN AN ECF LOGIN/PASSWORD

I, Mary Seguin, appearing pro se in the above-referenced case respectfully requests the Court permit me to obtain an ECF login and password for the purposes of becoming a ECF Filing User. In support of this motion, I state the following:

1) I am presently named as a party in the above referenced case.

2) I represent that I have or have access to the following equipment and/or systems necessary to participate in ECF:

a) A document scanner and a computer running Internet Explorer 9, Firefox 15, or Safari 5.1 with access to the Internet and a working email address;

b) Portable Document Format (PDF compatible word processing software for creating pleadings (e.g, WordPerfect, Word));

c) PDF creation software used to convert documents to PDF and PDF reading software used to read documents converted to PDF;

    d) A PACER account with a PACER login and password;

    4) As a condition of obtaining an ECF login and password, I understand and agree to the following:

    a) That I am required to maintain and keep the aforementioned systems in working order;

    b) That I am required to review LR Gen 300-313 and will be expected to comply with these rules;

    c) That I will review the interactive CM/ECF training modules on the Court's website at www.rid.uscourts.gov;

    d) That I may only file electronic documents in the above-referenced case;

    e) That I agree the combination of the user log-in name and the password will serve as my signature for purposes of the Federal Rules of Civil and Criminal Procedure. I further agree to protect the security of my password and to immediately notify the Clerk's Office as soon as I learn that my password may have been compromised;

    f) That I agree to accept service by electronic means in accordance with the provisions of Fed. R. Civ. P. 5(b)(2)(E);

    g) That I agree to waive the provisions of Fed. R. Civ. P. 77(d) providing for service of notice of the entry of an order or judgment by mail, and I consent that such notice may be served by electronic means;

    h) That I agree that all transmissions for electronic case filings of pleadings and documents to the ECF system shall be titled in accordance with the approved civil event menus of the ECF system.

    i) That I will file all documents in accordance with the Fed. R. Civ. P. 5.2 and LR Gen 102.

    j) That the Clerk's Office will terminate my ECF registration should an attorney subsequently file an appearance on my behalf in the above-referenced case;

    Wherefore, I respectfully request that the Court grant the Pro Se Motion to Obtain an

ECF Login and Password or such other relief the Court deems appropriate.

    Respectfully submitted,

    Mary Seguin

    Pro Se

    /s/ *Mary Seguin*

    Email: maryseguin22022@gmail.com

    Phone: (281)744-2016

    P.O. Box 22022

    Houston, TX 77019

    Dated: March 30, 2023