**Kayla DaCruz**

| | |
|---|---|
| **From:** | Mary Seguin <maryseguin22022@gmail.com> |
| **Sent:** | Thursday, March 30, 2023 10:03 AM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | 1:23-cv-126; Fwd: Pay.gov Payment Confirmation: RHODE ISLAND DISTRICT COURT |
| **Attachments:** | Pro Se Motion to Request ECF to 23-cv-126_.pdf; FEDERAL COURT COMPLAINT RE PERJURY_033023_.pdf |
| **Categories:** | Being Worked On KD |

**CAUTION - EXTERNAL:**

Good morning Clerk of the Court,

Just following up on my email below respectfully requesting your assistance to help correct the inadvertent error filing a new case, **Mary Seguin v. RI Department of Human Services, et al (Case No.1:23-cv-126)**.

I am attaching the Pro Se Motion for ECF for the above referenced new case. I am also attaching a copy of the Complaint I filed through ECF that by error was filed as ECF 39 in Case No. 1:23-cv-34.

After another review of the 34 page training manual posted on Pacer entitled "Civil Case Opening" on how to file a new case again, I am unsure if the error is due to the Pro Se Motion for ECF not being filed? However, I was not able to file the Pro Se Motion for ECF into the new case either.

I also do not understand is why the system prompted me for payment of $402.00 for creating a new case electronically and then successfully processed it, but then not enabling me to file into the new case that the system opened and charged me $402.00 in the first place, that led me to believe I was following the procedure correctly.

Therefore my apologies for my confusion on how to open a new case electronically.

I would be grateful for your assistance to correct the e-filing so that I can further proceed.

Thank you very much in advance for your assistance.

Respectfully submitted,
Mary Seguin

P.S. Please don't hesitate to call me with any questions you might have.


---------- Forwarded message ---------
From: **Mary Seguin** <maryseguin22022@gmail.com>
Date: Thu, Mar 30, 2023 at 1:08 AM
Subject: Fwd: Pay.gov Payment Confirmation: RHODE ISLAND DISTRICT COURT
To: RID_ECF_INTAKE <RID_ECF_INTAKE@rid.uscourts.gov>

Good morning Clerk of the Court,

I filed a new case through the ECF system and the Pacer system informed me it opened a case 1:23-cv-126. Then, the system prompted me to upload the new case Complaint, and after I completed that step, the system prompted payment using the credit card on file in my Pacer Account, which I approved. Thereafter, I received the receipt below.

However, I got e-served that the Complaint I thought I filed into case No. 1:23-cv-126 was wrongly filed into 1:23-cv-34 under ECF 39. I'm not sure how that happened! Sorry!

Could you kindly help me correct this error and sort it out?

1. Kindly remove the new case Complaint (for 1:23-cv-126) that got filed as (ECF 39) in 1:23-cv-34.

2. Kindly file the new case Complaint into the newly created case 1:23-cv-126.

Thank you so much for your assistance in advance! I'm not sure what happened causing the error, sorry! I truly appreciate your help sorting it out!

Kind regards and respectfully submitted,
Mary Seguin

P.S. Please don't hesitate to call me with any questions you might have.


Begin forwarded message:

> **From:** do_not_reply@psc.uscourts.gov
> **Date:** March 30, 2023 at 12:02:48 AM CDT
> **To:** maryseguin22022@gmail.com
> **Subject: Pay.gov Payment Confirmation: RHODE ISLAND DISTRICT COURT**
> **Reply-To:** Finance@rid.uscourts.gov
>
> Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Administrator at 401-752-7200.
>
> Account Number: 7372331
> Court: RHODE ISLAND DISTRICT COURT
> Amount: $402.00
> Tracking Id: ARIDC-1855567
> Approval Code: 07396P
> Card Number: ************0031
> Date/Time: 03/30/2023 01:02:46 ET
>
>
> NOTE: This is an automated message. Please do not reply

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.