**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Mary Seguin
Plaintiff,
v.                                                          Case No.:
                                                            1:23−cv−00126−WES−PAS

Rhode Island Department of Human Services, et al.
Defendant.

## ORDER TO SHOW CAUSE

      The above captioned case was filed on March 30, 2023, and has been pending at least 90 days without proof of service, an answer or a responsive pleading having been filed by the defendant.

      On or before July 21, 2023, plaintiff is hereby ordered to show cause, in writing, why this matter should not be dismissed for lack of prosecution. Failure to file a response will lead to dismissal of this case for lack of diligent prosecution. DRI LR Cv 41.

      <u>It is so ordered</u>.

July 7, 2023                                          By the Court:

                                                      /s/ William E. Smith
                                                      United States District Judge