# EXHIBIT A

 Mary Seguin <maryseguin22022@gmail.com>

## 1:23-cv-126; Fwd: Pay.gov Payment Confirmation: RHODE ISLAND DISTRICT COURT

**RID_ECF_INTAKE** <RID_ECF_INTAKE@rid.uscourts.gov>  Thu, Mar 30, 2023 at 10:37 AM
To: Mary Seguin <maryseguin22022@gmail.com>

Hello,

Please see the attached **Summons** and **Docket sheet** for case: **Seguin v. Rhode Island Department of Human Services et al, 1:23-cv-00126-WES-PAS**.

Respectfully,

Kayla



**Office of the Clerk**

United States Courts – District of Rhode Island
One Exchange Terrace
Providence, RI 02903
**Direct Dial**: 401-752-7200
https://www.rid.uscourts.gov

**From:** Mary Seguin <maryseguin22022@gmail.com>
**Sent:** Thursday, March 30, 2023 11:02 AM
**To:** RID_ECF_INTAKE <RID_ECF_INTAKE@rid.uscourts.gov>
**Subject:** Re: 1:23-cv-126; Fwd: Pay.gov Payment Confirmation: RHODE ISLAND DISTRICT COURT

**CAUTION - EXTERNAL:**

[Quoted text hidden]

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**4 attachments**

📄 **23cv126 Docket Sheet.pdf**
133K

📄 **RIDHS Summons SIGNED.pdf**
194K

📄 **RIDHSOCSS Summons SIGNED.pdf**
189K

📄 **Gero Meyersiek Summons SIGNED.pdf**
189K

# EXHIBIT B

Mary Seguin
PO Box 22022
Houston, TX 77019
(281) 744-2016

To: Civil Division of Rhode Island Sheriff's Department
670 New London Avenue
Cranston, Rhode Island 02920
(401) 275-2900

June 12, 2023

RE: Service of Summons for U.S. District Court of Rhode Island Complaint against Defendants:

1. RI DHS Office of Child Support, 77 Dorrance Street, Providence, RI 02903 Phone: (401) 458-4541
2. RI DHS, 25 Howard Avenue, Building 57, Cranston, RI 02920
3. Gero Meyersiek, 86 Elton Street, Providence, RI 02906

Dear Sheriff of Rhode Island:

I respectfully request you/your office's authorized sheriff to serve the enclosed Complaint upon:

(1) the Defendant Rhode Island DHS Office of Child Support Services at 77 Dorrance Street, Providence, RI 02903 the enclosed Complaint, for a civil matter 1:23-cv-00126.
(2) the Defendant Rhode Island DHS at 25 Howard Avenue, Building 57, Cranston, RI 02920 the enclosed Complaint, for a civil matter 1:23-cv-00126.
(3) The Defendant Gero Meyersiek at 86 Elton Street, Providence, RI 02906 the enclosed Complaint, for a civil matter 1:23-cv-00126.

I am enclosing the $135.00 ($45.00 x 3) service fee in money order based on fee information published on your website. I am also enclosing the completed process-information sheet per the instructions on your website.

Further, I respectfully request that you email me all three above return summons to maryseguin22022@gmail.com due to loss of mail and mail non-delivery, e.g., from Rhode Island to Texas, by the United States Postal Service. Since return summons is critical to the court proceedings, U.S. Mail loss of the return summons would pose undue hardship in the court proceedings.

If you have any questions, please contact me at (281) 744-2016 or maryseguin22022@gmail.com

Thank you in advance for your assistance.

Respectfully submitted,

*Mary Seguin*

Mary Seguin

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z26A39T1260994890

**Weight**

3.90 LBS

**Service**

UPS 3 Day Select®

**Shipped / Billed On**

06/15/2023

**Delivered On**

06/19/2023 10:16 A.M.

**Delivered To**

CRANSTON, RI, US

**Received By**

AL

**Left At**

Office

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 07/07/2023 11:58 P.M. EST