UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **MARY SEGUIN,**<br>　　*Plaintiff*<br><br>v.<br><br>**RHODE ISLAND DEPARTMENT OF HUMAN SERVICES** in its official capacity, **MICHAEL D. COLEMAN, DEBORAH A. BARCLAY,** in their individual and official capacities; **RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES** in its official capacity; **LISA PINSONNEAULT, CARL BEAUREGARD,** in their individual and official capacities; **GERO MEYERSIEK,**<br>　　*Defendants* | C.A. No. 1:23-cv-00126-WES-PAS |

## ENTRY OF APPEARANCE

I, Marissa D. Pizaña, Special Assistant Attorney General, hereby enter my appearance in the above-captioned civil action on behalf of Defendants Rhode Island Department of Human Services and Rhode Island Office of Child Support Services.

Respectfully Submitted,

**RHODE ISLAND DEPARTMENT OF HUMAN SERVICES; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES**,

By:

**PETER F. NERONHA
ATTORNEY GENERAL**

*/s/ Marissa D. Pizaña*
Marissa D. Pizaña (#10468)
Special Assistant Attorney General
Office of the Attorney General
150 South Main Street
Providence, RI  02903
Tel (401) 274-4400 ext. 2055
Fax (401) 222-2995
mpizana@riag.ri.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2023, I filed the within document via the ECF filing system and that a copy is available for viewing and downloading.

*/s/ Marissa D. Pizaña*