# EXHIBIT A

STATE OF RHODE ISLAND                    FAMILY COURT

PROVIDENCE, SC                           FAMILY COURT NO. K010521M

State of Rhode Island ex rel.
GERO K MEYERSIEK

    vs

MARY SEGUIN

## JUDGMENT / ORDER

This matter came for hearing on February 10, 2023 before Magistrate ARMANDO O. MONACO upon the Motion to Set Arrears & Discovery Motions filed by the Plaintiff and after hearing thereon, it is hereby:

## ORDERED, ADJUDGED, AND DECREED

1) That this matter is continued to June 8, 2023 for hearing on motion to establish and secure an arrearage order, and all other pending motions at 2:00 PM with all subpoenas to remain in full force and effect.

2) The Plaintiff and the Defendant were present.

3) This matter came on for hearing via WebEx.

4) The Court finds that the arrears of $81,652.46 are to be placed on the child support ledger without prejudice to the June 8, 2023 hearing. Said arrears reflect interest on child support in the amount of $75,623.71 and interest on medical support in the amount of $6028.75.

5) The Court continues the matter to allow the Defendant the opportunity to dispute said arrears.

6) The Court takes Judicial notice of the May 24, 2012, and September 25, 2012 orders of Justice McCann. The State's Motion to

Toll Time Time to Reply to the Defendant's First Request for Production of Documents is granted.

    7) The Defendant's Rule 7(b) Motion for Extension and Rule 40(b) Motion for Continuance is granted.

    8) The Defendant's Motion to Compel Production of Documents is continued.

    9) The State agrees it shall respond to the Defendant's First Request for Production of Documents forthwith.

    10) This matter has been continued. On the next hearing date and time the parties are instructed and required to call the Family Court Courtroom at 1-617-315-0704 and enter Access Code 2633 070 4034. Alternatively, the parties may choose to participate by Webex Website (no spaces) https:// ricourts. webex.com /meet /garrahy5f

    11) If there is an arrears when the youngest child is emancipated - the child support order, medical order and arrears order will be added together and applied towards the arrears until it is paid in full.

    12) Pursuant to Federal Law, either party has a right to request a review and modification of their child support order by filing a motion with Family Court.  State law requires both parties to notify the child support agency within ten (10) days of any address change or change of employment.

Presented by: _____

PAUL D. GOULD ESQUIRE    Bar No.: 04659

Legal Counsel - Office of Child Support Services

CERTIFICATION
_____

The Office of Child Support Services certifies that a copy of the within order was mailed to GERO K. MEYERSIEK at through an automated process on February 16, 2023.

The Office of Child Support Services certifies that a copy of the within order was mailed to MARY SEGUIN P.O. BOX 22022 HOUSTON, TX 77019 through an automated process on February 16, 2023.

/s/ Child Support Representative

Approved:

_____

Date

_____

Magistrate ARMANDO O. MONACO