AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Mary Seguin
*Plaintiff*
v.
Rhode Island Office of Child Support Services, et al.
*Defendant*

Case No. 1:23-cv-00126-WES-PAS

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gero Meyersiek

Date: 08/10/23

/s/ Joanna M. Achille
*Attorney's signature*

Joanna M. Achille (R.I. Bar No. 7760)
*Printed name and bar number*
Burns & Levinson, LLP
One Citizens Plaza, Suite 1100
Providence, RI 02903
*Address*

jachille@burnslev.com
*E-mail address*

401-831-8330
*Telephone number*

617-345-3299
*FAX number*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the within document has been electronically filed with the Court through the ECF system on the below date and that it is available for viewing and downloading. I also caused a true and accurate copy of the within document to be served through the ECF system on the following parties and/or counsel of record.

    Mary Seguin, *pro se*
    Maryseguin22022@gmail.com

    Marissa D. Pizaña, Esquire
    mpizana@riag.ri.gov

Dated: August 10, 2023　　　　　　　　　　　　　　　　　/s/ Joanna Achille
　　　　　　　　　　　　　　　　　　　　　　　　　　　Joanna Achille