## Meghan Kenny

| | |
|---|---|
| **From:** | Mary Seguin <maryseguin22022@gmail.com> |
| **Sent:** | Friday, August 18, 2023 9:00 AM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Fwd: FW: Item shared with you: "Recording recorded in Texas of John Langlois Statement to Mary Seguin and Debra DeStefano on October 5 2022.m4a" |
| **Attachments:** | ECF 20 Affidavit entering audio recording into evidence in Fed Ct 126_081823.pdf |

**CAUTION - EXTERNAL:**

Good morning Clerk of the Court,

This communication is in regards to my request for your assistance to docket today my submitted evidence into the matter of *Seguin v. Rhode Island Department of Human Services, et. al., 1:23-cv-00126-WES-PAS*

Since the evidence supports a Rule 65(b) Motion for Temporary Restraining Order docketed at ECF #17, it is time-sensitive, and therefore, kindly make the docket entry today.

I uploaded the same audio file through the Court's Inbox for Evidence that I had submitted before (see below correspondence), and am now offering the audio recording into evidence in the above captioned matter. I filed the affidavit that supports the audio evidence, under "Exhibit in Support" today, ECF# 20.

The audio file evidence I submitted for this matter is linked to the following ECF #s:

ECF 1. Complaint
ECF 17. Motion for Temporary Restraining Order and Motion for Preliminary Injunction
ECF 18. Affidavit in Support of Motion for Temporary Restraining Order and Motion for Preliminary Injunction
ECF 19. Affidavit in Support of Motion for Temporary Restraining Order and Motion for Preliminary Injunction

For your reference to ECF 20, kindly find attached the filing - hope it helps.

Kindly let me know/drop me an email confirming that you have docketed my submitted audio evidence, and of course, any questions you may have.

My phone number is (281) 744-2016.

Thank you in advance for your help.

Respectfully submitted,
Mary Seguin

---------- Forwarded message ---------
From: **RID_ECF_INTAKE** <RID_ECF_INTAKE@rid.uscourts.gov>
Date: Thu, Jun 8, 2023 at 4:10 PM
Subject: RE: FW: Item shared with you: "Recording recorded in Texas of John Langlois Statement to Mary Seguin and Debra DeStefano on October 5 2022.m4a"
To: Mary Seguin <maryseguin22022@gmail.com>


Ms. Seguin:


I have linked the Courts box for filing exhibits. Please make sure to provide all relevant information for each exhibit uploaded including what ECF # the document relates to in the case. Additionally make sure you include the case number. I will not docket anything sent today unless otherwise requested by you.


https://ridusc.app.box.com/f/5f858782a7bf429898488bcb966a27be



**From:** Mary Seguin <maryseguin22022@gmail.com>
**Sent:** Thursday, June 8, 2023 12:28 PM
**To:** RID_ECF_INTAKE <RID_ECF_INTAKE@rid.uscourts.gov>
**Subject:** Re: FW: Item shared with you: "Recording recorded in Texas of John Langlois Statement to Mary Seguin and Debra DeStefano on October 5 2022.m4a"


**CAUTION - EXTERNAL:**


Good morning,


Thank you for your email below.


Could you give me the Judge/Judge's Clerk's email? I would like to submit evidence electronically for the record.


Thank you in advance for your assistance.

Respectfully submitted,

Mary Seguin

On Thu, Jun 8, 2023 at 10:32 AM RID_ECF_INTAKE <RID_ECF_INTAKE@rid.uscourts.gov> wrote:

> Ms. Seguin:
>
> If you would like to file a document by using this email you are required to send in PDF format. The Clerk's office is not authorized to open any links. Otherwise, you can mail a physical copy to the address below or bring the document in person Monday thru Friday 9-4:30pm.
>
> 
>
> **Meghan Kenny, J.D.**
>
> United States Courts – District of Rhode Island
> One Exchange Terrace
> Providence, RI 02903
> Direct Dial: 401-752-7200
> https://www.rid.uscourts.gov
>
> ---
>
> **From:** Mary Seguin (via Google Drive) <maryseguin22022@gmail.com>
> **Sent:** Thursday, June 8, 2023 10:50 AM
> **To:** RID_ECF_INTAKE <RID_ECF_INTAKE@rid.uscourts.gov>
> **Subject:** Item shared with you: "Recording recorded in Texas of John Langlois Statement to Mary Seguin and Debra DeStefano on October 5 2022.m4a"
>
> **CAUTION - EXTERNAL:**

# A fw-Xjlzns xmfwji Csnyjr

A fw-Xjlzns, r fw-xjlzns77577E lr fromntr .nfx xmfwji mj toqt | nsl nyjr ?

Ucfrsykk Xzgr nyyji U}mrgny ktw Xjlzns{ WN Tkknhj ck Hmrqi Xzuutw Xjw{nhjx jy fqHf S t h{27828 9 ujw JHK: = fsi JHK: >

Wjhtwinsl wjhtwiji ns Yj}fx tk Otms Qfslqnx Xyfyjr jsy t A fw-Xjlzns fsi I jgwf IjXyjkfst ts Thytgjw: 75773r 9f

This email grants access to this item without logging in. Only forward it to people you trust.

Open Tujs

```
Lttlqj%QQH%6;55%Fr umnymjfywj%Ufwp|f~%R tzsyfns%[nj|%%HF%95981%ZXF%
^tz%nf{j%wjhjn{ji%ymnx%jrfnq%gjhfzxj%r fw-xjlzns77577E lr fnq%htr %xmfwji%f%kmj%tw%
ktqijw%thfyji%ns%Lttlqj%Iwn{j|nym%tz3
```

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.