UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

MARY SEGUIN,
*pro se*

*Plaintiff,*

VS.                                                                 Civil Action No. 1:23-cv-00126-WES-PAS

**RHODE ISLAND DEPARTMENT OF HUMAN SERVICES** in its official capacity; **MICHAEL D. COLEMAN, DEBORAH A. BARCLAY** in their individual and official capacities; **RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES** in its official capacity; **LISA PINSONNEAULT, CARL BEAUREGARD**, in their individual and official capacities; **GERO MEYERSIEK**

*Defendants*

### PLAINTIFF'S EMERGENCY MOTION FOR A HEARING

### ON

### PLAINTIFF'S RULE 65(b) MOTION FOR TEMPORARY RESTRAINING ORDER

### And

### PLAINTIFF'S RULE 65(a) MOTION FOR PRELIMINARY INJUNCTION

Now comes the Plaintiff, MARY SEGUIN, proceedings pro se, a Citizen of Texas, and respectfully requests an emergency hearing on Plaintiff's Rule 65(b) Motion for Temporary Restraining Order and a hearing on Plaintiff's Rule 65(a) Motion for Preliminary Injunction [ECF 17]. The Plaintiff, in Texas, respectfully requests a remote hearing via the Federal Court's remote hearing technology, **ZOOM**.

Plaintiff submitted the hearing request via email to the Court of the Clerk, after calling the Clerk's Office today from Texas. *See* attached screen shot of said Email below.

In support of the urgent nature of the requested hearing, the Plaintiff, proceeding pro se, from the State of Texas, states the follows:

1). Plaintiff called the Rhode Island Family Court Clerk's Office to find out the URL address of the WebEx hearing that is scheduled for today at 2PM, Eastern Time. The State

family court clerk informed the Plaintiff that an order/judgment entered in the case *State ex. rel. Gero Meyersiek v. Seguin*, **K20010521M** on August 1, 2023.  However, Plaintiff in Texas was never noticed and never received an order in the U.S. Mail to date, and it is August 18, 2023. Plaintiff is unable to see the content of the order from the portal in Texas, because pro se litigants are denied access to court case information and records in their own cases.

2). The Family Court clerk did not know what the URL is for the WebEx hearing, and informed the Plaintiff that the case is now re-assigned to a THIRD judge in that matter, since the February 10, 2023.

3). The Family Court clerk also told Plaintiff that Plaintiff can view the contents of the case remotely.  But the Plaintiff told her that Plaintiff is not able to.   The Family Court clerk expressed shock that the Plaintiff, a party in the case, is denied access to court records and case information in her own case.

4). Without the URL WebEx Remote Hearing Court Access point, Plaintiff has been denied access to the Rhode Island Family Court.

5). As the result, the Plaintiff suffered irreparable injury, suffers irreparable injury and will suffer irreparable injury absent the Rule 65(a) and Rule 65(b) injunction and restraint relief sought by the Plaintiff [ECF 17].



**WHEREFORE,** the Plaintiff requests the Court grant this Emergency Motion for Hearing on her Motion for Temporary Restraining Order at the Court's earliest availability.

Respectfully submitted,
August 18, 2023



FOR PLAINTIFF
MARY SEGUIN, Pro Se.

By: _____*Mary Seguin*_____
Mary Seguin
P.O. Box 22022
Houston, TX 77019
maryseguin22022@gmail.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on August 18, 2023, I filed the within Motion via the ECF filing system and that a copy is available for viewing and downloading to the public and to the parties, represented and pro-se alike.



_____*Mary Seguin*_____

