UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

MARY SEGUIN,

*Plaintiff,*

VS.                                                                 Civil Action No. 1:23-cv-126-WES-PAS

RHODE ISLAND DEPARTMENT OF HUMAN SERVICES in its official capacity; MICHAEL D. COLEMAN, DEBORAH A. BARCLAY in their individual and official capacities; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES in its official capacity; KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD, in their individual and official capacities; RHODE ISLAND STATE COURT SYSTEM in its official capacity; PAUL A. SUTTELL in his individual and official capacity as EXECUTIVE HEAD OF RHODE ISLAND STATE COURT SYSTEM; RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS in its official capacity; RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT in its official capacity; RHODE ISLAND JUDICIAL COUNCIL in its official capacity; RHODE ISLAND SUPERIOR COURT in its official capacity; RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL in its official capacity; THE JUDICIAL TECHNOLOGY CENTER in its official capacity; JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., JUSTIN CORREA in their individual and official capacities; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL in its official capacity; RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT in its official capacity; ADAM D. ROACH, PETER NERONHA in their official and individual capacities; TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK

*Defendants*

## NOTICE AND DEMAND

Now comes the Plaintiff, MARY SEGUIN, and hereby files demand of claims outlined in the First Amended Complaint and Jury Demand, attached in Exhibit, in the above captioned matter against the liability insurance policies of the named Defendants. In addition to the claims enumerated in the First Amended Complaint and Jury Demand the above captioned matter, Plaintiff further files the claim of breach of contract.

Plaintiff further demands Defendants forward to Plaintiff via email (maryseguin22022@gmail.com) and U.S. Mail within three (3) business days before September 8, 2023 all relevant and applicable insurance policy coverages as it relates to Plaintiff's claims against the Defendants in the above captioned matter, including the Declaration Pages of the Policies.  Specific to this demand for policy information includes, but not limited to, the Rhode Island Judiciary policy holder's General Liability Insurance Policies for the policy period of November 16, 2009 to the present, and which, upon information and belief, provides limit of liability of each insured $1,000,000.00 each claim.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 5, 2023, I filed the within Notice and Demand with the Clerk of the Court via the ECF filing system.

Respectfully submitted,

Mary Seguin

Pro Se

/s/ *Mary Seguin*

Email: maryseguin22022@gmail.com
Phone: (281)744-2016
P.O. Box 22022
Houston, TX  77019

Dated: September 5, 2023

cc. Justin Correa, Esq., at jcorrea@courts.ri.gov