**UNITED STATES DISTRICT COURT FOR THE**

**DISTRICT OF RHODE ISLAND**

MARY SEGUIN

      Plaintiff,

  v.                                                1:23-cv-00126-WES-PAS

RHODE ISLAND DEPARTMENT OF
HUMAN SERVICES, ET AL.,

      Defendants

## JUDGMENT

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged and decreed as follows:

    Pursuant to the Court's Order of October 19, 2023, and in accordance with Fed. R. Civ. P. 58, judgment is hereby entered dismissing the amended complaint.

    It is so ordered.

October 19, 2023                By the Court:

                                    /s/ Hanorah Tyer-Witek
                                    Clerk of Court