

# UNITED STATES DISTRICT COURT
*District of Rhode Island*

### CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

| Case Information | |
|---|---|
| Case Caption: | vs. |
| District Court case number: | Court of Appeals case number: |

| Record Information | | |
|---|---|---|
| Supplemental documents: Document # | | |
| Sealed documents: *If yes, document #* | Yes | No |
| *Ex parte* documents: *If yes, document #* | Yes | No |
| Transcripts: *If yes, document #* | Yes | No |
| Trial/Hearing exhibits: *If yes, description* | Yes | No |

| Certification |
|---|

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the above annexed documents are to be included with the record on appeal in the above referenced case.

**HANORAH TYER-WITEK**
Clerk of Court

Date: _____
Deputy Clerk