UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **MARY SEGUIN,** *pro se*<br>*Plaintiff*<br><br>v.<br><br>**RHODE ISLAND DEPARTMENT OF HUMAN SERVICES** in its official capacity; **MICHAEL D. COLEMAN, DEBORAH A. BARCLAY** in their individual and official capacities; **RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES** in its official capacity; **KEVIN TIGHE, MONIQUE BONIN, FRANK DIBIASE, WENDY FOBERT, KARLA CABALLEROS, TIMOTHY FLYNN, LISA PINSONNEAULT, CARL BEAUREGARD, PRISCILLA GLUCKSMAN, JOHN LANGLOIS, PAUL GOULD,** in their individual and official capacities; **RHODE ISLAND STATE COURT SYSTEM** in its official capacity; **PAUL A. SUTTELL** in his individual and official capacity as Executive Head of Rhode Island State Court System; **RHODE ISLAND ADMINISTRATIVE OFFICE OF STATE COURTS** in its official capacity; **RHODE ISLAND ADMINISTRATIVE OFFICE OF THE SUPERIOR COURT** in its official capacity; **RHODE ISLAND JUDICIAL COUNCIL** in its official capacity; **RHODE ISLAND SUPERIOR COURT** in its official capacity; **RHODE ISLAND SUPERIOR COURT JUDICIAL COUNCIL** in its official capacity; **THE JUDICIAL TECHNOLOGY CENTER** in its official capacity; **JULIE HAMIL, MARISA BROWN, JOHN JOSEPH BAXTER, JR., JUSTIN CORREA** in their individual and official capacities; | C.A. No. 23-cv-126-WES-PAS |

1

| | |
|---|---|
| **RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL** in its official capacity; **RHODE ISLAND OFFICE OF THE ATTORNEY GENERAL OPEN GOVERNMENT UNIT** in its official capacity; **ADAM D. ROACH, PETER NERONHA** in their official and individual capacities; **TYLER TECHNOLOGIES, INC.; GERO MEYERSIEK**<br>    *Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**STATE DEFENDANTS' OBJECTION TO PLAINTIFF'S RULE 60(b) Motion**

Defendants, The Rhode Island Department of Human Services (hereinafter "DHS") and The Rhode Island Office of Child Support Services (hereinafter "OCSS") (hereinafter collectively, "State Defendants"), in response to Plaintiff's Motion for a New Trial, which was filed on November 17, 2023. State Defendants object to Plaintiff's Motion, ECF 37.

> Rule 60(b)(1) of the Federal Rules of Civil Procedure states:
>
> On motion and just terms, the court may relieve a party or its legal representative from a final judgment or order or proceeding for the following reasons:
> (1) mistake, inadvertence, surprise, or excusable neglect;

Plaintiff improperly seeks relief from the Court's judgment under Rule 60(b)(1). The crux of Plaintiff's Rule 60(b)(1) Motion is that her right to file documents was limited in the current case. As discussed in the Court's Text Order dated November 20, 2023, the Court acknowledged that the restrictions on Plaintiff's filing ability does not apply in this case and the Clerk's Office was directed to docket the three motions. The alleged mistake, indadvertance, or excusable neglect has since been rectified and Plaintiff's Rule 60(b)(1) motion is now moot.

2

Furthermore, Plaintiff requests the disqualification of the Honorable Judge Smith. A judge may be disqualified from a case if "(1) the judge's impartiality may reasonably be questioned; or (2) the judge may have a personal bias or prejudice concerning a party." United States v. Kelley, 712 F.2d 884, 889 (1st Cir. 1983); see 28 U.S.C. § 455. Plaintiff does not provide a legitimate basis for Judge Smith to recuse or be disqualified from the current case. See *Silva v. Rhode Island*, No. 19-568-JJM-PAS, 2021 WL 4712902, at *2 (D.R.I. June 14, 2021) ("Dissatisfaction with a judicial decision is not a basis for recusal."). Accordingly, State Defendants respectfully asks this Court to deny Plaintiff's Motion for a New Trial for the reasons stated herein, or in the alternative, stay Plaintiff's Motion until Plaintiff's appeal is resolved.

Respectfully Submitted,

**RHODE ISLAND DEPARTMENT OF HUMAN SERVICES; RHODE ISLAND OFFICE OF CHILD SUPPORT SERVICES**,

By:

**PETER F. NERONHA ATTORNEY GENERAL**

*/s/ Marissa D. Pizaña*
Marissa D. Pizaña (#10468)
Special Assistant Attorney General
Office of the Attorney General
150 South Main Street
Providence, RI 02903
Tel (401) 274-4400 ext. 2055
Fax (401) 222-2995
mpizana@riag.ri.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on November 28, 2023, I filed the within document via the ECF filing system and that a copy is available for viewing and downloading.

                                                  */s/ Marissa D. Pizaña*