From: Mary Seguin
Houston, TX 77019
Email: maryseguin22022@gmail.com
(281) 744-2016

To: Clerk, U.S. District Court of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903
Clerk's Office: (401) 752-7200

December 7, 2023

RE: Docket Fee in the amount of $505.00 for **First Circuit Appeals case No. 23-1967**
District Court Case Number 1:23-cv-126-WES-PAS

Dear Clerk of the District Court of the District of Rhode Island:

Per instructions by the Clerk of the Court of the U.S. District Court of Rhode Island, I respectfully submit the enclosed money order in the amount of $505.00 for the docketing fee and the filing fee for **Appellate Case Number No. 23-1967**, district court case number 1:23-cv-126-WES-PAS. The notice of appeal was filed on November 17, 2023, supplemental appeal of the text order dated November 20, 2023 also on November 20, 2023.

I enclose herewith the following:

   (1) $505.00 docket fee and filing fee (Money Order made to Clerk, U.S. District Court)

If you have any questions, please contact me at (281) 744-2016 or maryseguin22022@gmail.com

Thank you in advance for your assistance.

Respectfully submitted,

*Mary Seguin*
Mary Seguin

RECEIVED
DEC 14 2023
U.S. DISTRICT COURT
DISTRICT OF R.I.