RECEIVED
DEC 14 2023

CLERK, U.S. DISTRICT COURT OF RHODE ISLAND
ONE EXCHANGE TERRACE
PROVIDENCE, RI 02903