


```
ORIGIN ID:HOUA  (281) 744-2016        SHIP DATE: 11DEC23
MARY SEGUIN                           ACTWGT: 0.10 LB
440 LOUISIANA ST.                     CAD: 6755275/SSF02460
HOUSTON, TX 77002
UNITED STATES US                      BILL CREDIT CARD

TO  CLERK, US DISTRICT COURT OF
    RHODE ISLAND
    ONE EXCHANGE TERRACE

    PROVIDENCE RI 02903
(000) 000-0000         REF:
```

TRK# 7878 4017 8154    THU - 14 DEC 5:00P
0201                   EXPRESS SAVER

SE PVDA                02903
                       RI-US  PVD

