

# UNITED STATES DISTRICT COURT
## *District of Rhode Island*

### CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

**Case Information**

Case Caption: **Mary Seguin**   vs.   **RI Dept of Human Services, et al.**

District Court case number: **23cv126WES**   Court of Appeals case number: **23-1967, 23-1978**

**Record Information**

Supplemental documents: Order Denying ECF No, 34, 35, 37.  Motion for Extension (49)
Document #

Sealed documents: Yes ☐  No ☑
*If yes, document #*

*Ex parte* documents: Yes ☐  No ☑
*If yes, document #*

Transcripts: Yes ☐  No ☑
*If yes, document #*

Trial/Hearing exhibits: Yes ☐  No ☑
*If yes, description*

**Certification**

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the above annexed documents are to be included with the record on appeal in the above referenced case.

Date: 03/04/2024

**HANORAH TYER-WITEK**
Clerk of Court

/s/Nissheneyra D. Urizandi
Deputy Clerk