## Viviana Gonzalez Gomez

| | |
|---|---|
| **From:** | Mary Seguin <maryseguin22022@gmail.com> |
| **Sent:** | Friday, March 8, 2024 4:31 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Fwd: TIME-SENSITIVE - PLAINTIFF'S Fed. R. App. P. 8 MOTION TO STAY in Civil Action No. 1:23-cv-126-WES-PAS, U.S. Court of Appeals for the First Circuit Appeal No. 23-1967, Related Appeal No. 23-1978, Related Appeal No. 23-... |
| **Attachments:** | FINAL RI Fed 126 FRAP 8 Motion to Stay WITH EXHIBIT 030824.pdf |

**CAUTION - EXTERNAL:**

Dear Clerks of the Court of the United States District Court for the District of Rhode Island,

After receiving notice of the docketing of my FRAP 8 motion to stay, I realized I attached the wrong file.

I am filing the correct PDF file of my FRAP 8 motion. An earlier file I had worked on had simply attached the wrong document for Exhibit A.

Sorry for the error. Please do not hesitate to call me if you have any questions at (281) 744-2016.

Thank you in advance for your assistance.

Respectfully submitted,
Mary Seguin

---------- Forwarded message ---------
From: **Mary Seguin** <maryseguin22022@gmail.com>
Date: Fri, Mar 8, 2024 at 3:10 PM
Subject: TIME-SENSITIVE - PLAINTIFF'S Fed. R. App. P. 8 MOTION TO STAY in Civil Action No. 1:23-cv-126-WES-PAS, U.S. Court of Appeals for the First Circuit Appeal No. 23-1967, Related Appeal No. 23-1978, Related Appeal No. 23-...
To: RID_ECF_INTAKE <RID_ECF_INTAKE@rid.uscourts.gov>


Dear Clerks of the Court of the United States District Court in the District of Rhode Island,


I respectfully submit herewith the PDF file attachment Plaintiff's Fed. R. App. P. 8 Motion to Stay in Civil Action No. 1:23-cv-126-WES-PAS, again emphasizing the actual motion is attached herewith in PDF file. Because it is TIME SENSITIVE, please urgently file and docket.


I respectfully request the Court to resolve this motion by the end of day March 8, 2024, based on the record of the Court's speedy disposals and denials in this matter dated March 7, 2024 and March 8, 2024, throughout this week, and in the interest of judicial economy.

Respectfully, this email serves as written Notice that this email itself is NOT a motion for leave to file. This email serves as my official electronic court submission by email of my attached PDF file of my written motion to stay pursuant to Fed. R. App. P. 8.

Please do not hesitate to contact me with any questions you may have at (281) 744-2016.

Thank you in advance for your assistance.

Respectfully submitted,

Mary Seguin

Houston, Texas

(281) 744-2016

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.