

# UNITED STATES DISTRICT COURT
## *District of Rhode Island*

### CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

**Case Information**

Case Caption: **Seguin** vs. Rhode Island Department of Human Services et al

District Court case number: **23cv126**     Court of Appeals case number: **24-1967, 24-1978**

**Record Information**

Supplemental documents: TEXT ORDER dated 3/8/2024, [55] Motion to Stay
Document #

| | Yes | No |
|---|---|---|
| Sealed documents: *If yes, document #* | ☐ | ☑ |
| *Ex parte* documents: *If yes, document #* | ☐ | ☑ |
| Transcripts: *If yes, document #* | ☐ | ☑ |
| Trial/Hearing exhibits: *If yes, description* | ☐ | ☑ |

**Certification**

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the above annexed documents are to be included with the record on appeal in the above referenced case.

Date: **03/08/2024**

**HANORAH TYER-WITEK**
Clerk of Court

/S/ *Viviana Gonzalez Gomez*
Deputy Clerk