## Viviana Gonzalez Gomez

| | |
|---|---|
| **From:** | Mary Seguin <maryseguin22022@gmail.com> |
| **Sent:** | Monday, March 11, 2024 3:32 AM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | NOTICE OF WITHDRAWAL of Plaintiff's Fed. R. Civ. P 8 Motion - case no. 1:23-cv-126 |
| **Attachments:** | RI Fed 126 Notice of Withdrawal 031124.pdf |

**CAUTION - EXTERNAL:**

Dear Clerk of the Court of the United States District Court for the District of Rhode Island,

Please file and docket my attached Notice of Withdrawal of Plaintiff's Fed. R. Civ. P 8 Motion that I filed on March 8, 2024 and is docketed as ECF 55.

Thank you in advance.

Respectfully submitted,
Mary Seguin

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.