**Viviana Gonzalez Gomez**

---

| | |
|---|---|
| **From:** | Mary Seguin <maryseguin22022@gmail.com> |
| **Sent:** | Monday, April 1, 2024 6:07 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Plaintiff's NOTICE OF APPEAL Docket Number 1:23-cv-126-WES-PAS |
| **Attachments:** | FINAL CA 126 Notice of Appeal 040124.pdf |

<mark>CAUTION - EXTERNAL:</mark>

Dear Clerks of the Court,

I am filing herewith, the attached paper filing pursuant to Fed. R. Civ. 79, my Notice of Appeal.

Please docket.

Thank you in advance for your assistance.

Respectfully submitted,
Mary Seguin

<mark>**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>