

# UNITED STATES DISTRICT COURT
*District of Rhode Island*

### CLERK'S CERTIFICATE AND APPELLATE COVER SHEET
### ABBREVIATED ELECTRONIC RECORD

| Case Information |
|---|

Case Caption: **Seguin** vs. **Rhode Island Department of Human**

District Court Number: **23cv126**   Presiding Judge: **Judge Smith**

Notice of Appeal filed by: **Plaintiff**   Notice of Appeal document number: **59**

Appeal from: TEXT ORDER dated 3/7/2024, TEXT ORDER dated 3/8/2024, TEXT ORDER dated 3/11/2024

Other information:

Fee status: **Due**   Pro se case: Yes ✓   No ☐

Emergency or requires expedition: **No**   *If yes, reason:*

| Record Information |
|---|

Motions Pending   Yes ☐   No ✓
*If yes, document #*

Other record information:

Related case(s) on appeal: **Court of Appeals cases 23-1967, 23-1978**

| Certification |
|---|

I, Hanorah Tyer-Witek, Clerk of the United States District Court for the District of Rhode Island, do certify that the following annexed electronic documents constitute the abbreviated record on appeal in the above referenced case:

**HANORAH TYER-WITEK**
Clerk of Court
/s/ *Viviana Gonzalez Gomez*
Deputy Clerk

Date: **04/02/2024**