**Viviana Gonzalez Gomez**

| | |
|---|---|
| **From:** | Mary Seguin <maryseguin22022@gmail.com> |
| **Sent:** | Thursday, September 5, 2024 4:13 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Case 23-cv-126: Corrected Rule 62.1 Motion |
| **Attachments:** | 23-126 Rule 62.1 Indicative Motion WITH EXHIBITS AND RI SUPREME COURT MOTION FOR PRELIMINARY INJUNCTION 090524.pdf |
| **Categories:** | Being Worked on VGG |

**CAUTION - EXTERNAL:**

Dear Clerks of the Court,

My apologies, please file the corrected Rule 62.1 motion that is attached.

Thank you,
Mary Seguin

On Thu, Sep 5, 2024 at 2:56 PM Mary Seguin <maryseguin22022@gmail.com> wrote:
> Good afternoon Clerks of the Court,
>
> I am filing herewith, the attached paper filing pursuant to Fed. R. Civ. 79, Plaintiff's Rule 62.1 indicative motion on Plaintiff's Rule 60(b) and Rule 15(a) motions dated September 5, 2024.
>
> Please docket.
>
> Thank you in advance for your assistance.
>
> Have a nice day.
>
> Respectfully submitted,
>
> Mary Seguin

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.