**Viviana Gonzalez Gomez**

| | |
|---|---|
| **From:** | Mary Seguin <maryseguin22022@gmail.com> |
| **Sent:** | Thursday, September 19, 2024 11:00 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | 23-cv-00126 Plaintiff's Reply to Defendant's Response (ECF 66) to Plaintiff Rule 62.1 Motion (ECF 64) |
| **Attachments:** | 23-cv-126 Reply to Pizana Response (ECF 66) 091924 WITH EXHIBITS.pdf |
| **Categories:** | Being Worked on VGG |

**CAUTION - EXTERNAL:**

Good evening Clerks of the Court,

Please find attached my (Plaintiff's) Reply to Defendants' Response (ECF 66) to Plaintiff's Rule 62.1 Motion for Indicative Ruling (ECF 64).

Please docket.

Thank you in advance for your assistance in this matter.

Have a nice day.

Respectfully submitted,
Mary Seguin

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.