**Viviana Gonzalez Gomez**

| | |
|---|---|
| **From:** | Mary Seguin <maryseguin22022@gmail.com> |
| **Sent:** | Sunday, September 22, 2024 1:38 PM |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | 23-cv-126 Plaintiff's Reply to Response (ECF 68) to Plaintiff's Rule 62.1 Motion (ECF 64) |
| **Attachments:** | 23-cv-126 Reply to Response (ECF 68) 092324 WITH EXHIBITS.pdf |
| | |
| **Categories:** | Being Worked on VGG |

**CAUTION - EXTERNAL:**

Dear Clerks of the Court,

Please find attached Plaintiff's Reply to Response (ECF 68) to Plaintiff's Rule 62.1 Motion (ECF 64).

Please docket pursuant to Fed. R. Civ. P 79.

Thank you in advance for your assistance in this matter.

Have a nice day.

Respectfully submitted.
Mary Seguin

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.